# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAWN DUNN,                                    )
                                               )
        Plaintiff,                             )
                                               )
vs.                                            )     **CIVIL NO. 08-cv-406-WDS**
                                               )
MENARD CORRECTIONAL CENTER, *et*               )
*al.*,                                         )
                                               )
        Defendants.                            )

## JUDGMENT

      This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

      **IT IS ORDERED AND ADJUDGED** this action is dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A.  Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.


   __September 29, 2008._____     By:     __s/ **WILLIAM D.  STIEHL**_____
*Date*                                 *District Judge*